```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                         HAMMOND DIVISION
```

UNITED STATES OF AMERICA,       )
                                )
Plaintiff,                      )
                                )
     v.                         )   No. 2:10-CR-2
                                )
RICKY SCOTT, JR.,               )
                                )
Defendant.                      )

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Ricky Scott, Jr. (DE # 21) filed on May 24, 2010. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Ricky Scott's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 922(g)(1).

SO ORDERED.

DATED: June 28, 2010            /s/RUDY LOZANO, Judge
                                **United States District Court**