UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:10-cr-2 |
| | ) | |
| RICKEY SCOTT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

FINDINGS AND RECOMMENDATION
OF THE MAGISTRATE JUDGE UPON A
SUPERVISED RELEASE REVOCATION HEARING

TO: THE HONORABLE RUDY LOZANO
UNITED STATES DISTRICT COURT

This matter came on for hearing before the Honorable Andrew P. Rodovich, United States Magistrate Judge, on December 20, 2017. The United States Government appeared by counsel Assistant United States Attorney Jennifer Chang. Defendant Rickey Scott, Jr. appeared in person and by counsel Jerome T. Flynn and in the custody of the United States Marshal.

A Supervised Release Revocation Hearing was held. Based upon the record of proceedings the court makes this Report and Recommendation.

The defendant, Rickey Scott, Jr., pled guilty to Count 1 of the Indictment, felon in possession of a firearm, and was sentenced to a 180 month term of imprisonment followed by a supervised release term of 48 months. On May 10, 2016, the defendant was resentenced. His sentence was reduced to a 77 month term of imprisonment followed by a supervised release term of 36 months.

On October 20, 2017, a Petition for Warrant for Offender Under Supervision was filed alleging that the defendant had violated the terms and conditions of his supervised release.

On November 28, 2017, the defendant was arrested.

On November 28, 2017, the Initial Appearance was held.

On December 4, 2017, the parties stipulated to detention and waived a full hearing.

On December 5, 2017, the defendant by counsel filed a Motion to Transfer Case to Magistrate Judge, which was granted.

On December 7, 2017, the U.S. Probation Office filed a Summary Report of Violations [DE 112].

On December 8, 2017, the parties filed the Agreed Disposition of Supervised Release Violations [DE 113].

On December 14, 2017, District Court Judge Rudy Lozano issued an Order Referring Case for a Report and Recommendation for the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(e) and Federal Rule of Criminal Procedure 32.1.

As a result of the December 20, 2017, Supervised Release Revocation Hearing I FIND as follows:

1. that the defendant has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;
2. that the defendant understands the proceedings, allegations and his rights;
3. that the defendant knowingly and voluntarily admitted that he committed the Grade C violations set forth in the Petition for Warrant for Offender Under Supervision;

4. that the admitted violations are Grade C violations, the defendant's criminal history category is VI, the advisory guideline range is 8-14 months imprisonment, and the statutory maximum sentence that may be imposed is 24 months imprisonment;

5. that the parties jointly agree to a sentence of the defendant to 8 months of additional imprisonment with no further supervised release to follow; and

6. that the parties have waived their right to appear before Judge Lozano for the Supervised Release Revocation Hearing and Sentencing pursuant to Federal Rule of Criminal Procedure 43(a)(3).

I RECOMMEND to Judge Lozano as follows:

1. that the defendant be adjudged to have committed the Grade C violations set forth in the Petition for Warrant for Offender Under Supervision;

2. that the supervised release of the defendant be revoked;

3. that the agreement of the parties be accepted and the defendant be ordered committed to the United States Bureau of Prisons forthwith to serve 8 months of additional imprisonment therein;

4. that after successful completion of the additional term of imprisonment the defendant not continue on supervised release; and

5. that the sentence be imposed without the defendant making an additional court appearance.

ENTERED this 29th day of December, 2017.

/s/ Andrew P. Rodovich
United States Magistrate Judge