# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 2:10-cr-00002 |
| | ) |
| RICKEY SCOTT, JR. | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Supervised Release Revocation Hearing, filed on December 29, 2017 (DE #117). More than 14 days have passed and no party has filed any objection to the Report and Recommendation. *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation). Therefore, upon due consideration, the court hereby **ADOPTS** the Findings and Recommendation (DE #117). Defendant Rickey Scott, Jr., is **ADJUDGED** to have committed the Grade C violations set forth in the Petition for Warrant for Offender Under Supervision (DE #103) and the Agreed Disposition of Supervised Release Violations (DE #113). Defendant Scott's term of supervised release is **REVOKED**. The agreement of

the parties (DE #113) is **ACCEPTED**, and Defendant Scott is hereby committed to the United States Bureau of Prisons forthwith to serve 8 months of additional imprisonment.  After successful completion of the additional term of imprisonment and upon his release from the Bureau of Prisons, Defendant Scott shall be discharged from any further term of supervision.  Finally, this sentence shall be imposed without Defendant Scott making an additional court appearance.

**DATED: January 16, 2018**           /s/ RUDY LOZANO, Judge
                                      **United States District Court**